# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 19-00536 CJC

Date: November 6, 2019

Present: The Honorable Cormac J. Carney, ☑ District Judge / ☐ Magistrate Judge

| Victor Paul Cruz | Debbie Hino-Spaan | Not Required | Puneet Kakkar |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Vardges Markosyan
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Michael Brown, DFPD
☑ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment/Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) one and two of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to February 24, 2020 @ 11:00 a.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for 12/02/2019 is off calendar as to defendant Vardges Markosyan.
☑ Court orders:
The Court Orders the defendant remanded to the custody of the U.S. Marshal forthwith. Clerk issues remand order # 14262.

☐ Other:

1 : 32

Initials of Deputy Clerk VPC

cc:   Probation Office